IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CHRISTOPHER KARIUKI, 05017630, <br> Plaintiff, | ) <br> ) <br> ) |
| v. | )    No. 3:05-CV-910-K <br> ) |
| DALLAS COUNTY, ET AL., <br> Defendants. | ) <br> ) <br> ) |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed this   6th   day of   December  , 2005.


                               s/Ed Kinkeade
                               ED KINKEADE
                               UNITED STATES DISTRICT JUDGE